AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>Brett Jones-Theophilious aka "Keeffe Branch Trikill,"<br>aka "BJ Tucci," aka "Brett Son of Isaac,"<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 12-1627 (M)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 2012__ in the county of __Municipality of Lares__ in the __Judicial__ District of __P.R. and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18, United States Code, 2250 | the defendant herein, an individual required to register under the Sex Offender Registration and Notification Act by reason of a sex offense conviction on or about October 6, 1998, under the laws of the State of New York, did travel in interstate commerce, that is, defendant traveled from New Mexico to the Commonwealth of Puerto Rico, a territory of the United States, and did knowingly fail to register with the Commonwealth of Puerto Rico authorities as required by the Sex Offender Registration and Notification Act. All in violation of Title 18, United States Code, Section 2250(a). |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Donny Albino, SA with HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/28/2012__

_____
*Judge's signature*

City and state: __San Juan, Puerto Rico__    Honorable Marcos E. López, Magistrate Judge
*Printed name and title*