IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br><br>BRETT TORIANO JONES-THEOPHILIOUS,<br>a.k.a. "Brett Jones-Theophilus," a.k.a. "Keeffe Trikill Branch," a.k.a. "B.J.-Tucci," a.k.a. "Brett (Son of Isaac),"<br>    Defendant. | INDICTMENT<br><br>CRIMINAL NO. 13-058 (CCC)<br><br>VIOLATIONS: Title 18, United States Code, Sections 2250(a)<br><br>(1 Count) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**Failure to Register by a Sex Offender**
**(Title 18, United States Code, Sections 2250(a))**

From approximately in or about July, 2012, to on or about December 28, 2012, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**BRETT TORIANO JONES-THEOPHILIOUS,**
**a.k.a. "Brett Jones-Theophilus," a.k.a. "Keeffe Trikill Branch,"**
**a.k.a. "B.J.-Tucci," a.k.a. "Brett (Son of Isaac),"**

the defendant herein, being an individual required to register under the Sex Offender Registration and Notification Act by reason of having been convicted for a sex offense on or about October 6, 1998, under the laws of the State of Arizona, did travel in interstate commerce, that is defendant traveled from the State of New Mexico to the Commonwealth of Puerto Rico, a territory of the United States, and did knowingly fail to register with the Commonwealth of Puerto Rico authorities, as required by the Sex Offender Registration and Notification Act. All in violation of Title 18, United States Code, Section 2250(a).

TRUE BILL

FOREPERSON
January 30, 2013

*[signatures continued on next page]*

Indictment
United States v. Brett Toriano Jones-Theophilious, a.k.a. "Brett Jones-Theophilus," a.k.a. "Keeffe Trikill Branch," a.k.a. "B.J.-Tucci," a.k.a. "Brett (Son of Isaac),"
January 30, 2013

**ROSA EMILIA RODRIGUEZ-VELEZ**
United States Attorney

_____
José A. Ruiz
Assistant United States Attorney
Chief, Criminal Division

f/: _____
Ernesto G. López-Soltero
Assistant United States Attorney
Chief, White Collar and General Crimes Division

_____
Marshal D. Morgan
Assistant United States Attorney