Brett Son of Isaac, a Special Administrator,
For the Collective Entity BRETT JONES-THEOPHILIOUS
P.O. Box 393 Veguita New Mexico,
Without and outside the U.S. and federal Zone/ Area

Case 3:13-cr-00058-CCC-MEL   Document 19   Filed 02/12/13   Page 1 of 2

13-058 (CCC)

In the Constitutional Common-law Court
In the Territory/ state/Commonwelth of Puerto Rico
and not in a non-constitutionally empowered arena!

The United States of America

Vs.

Ca. 12-00058

Brett Son of Isaac, Ect al...

Order to Strike, The Public Record, Settlement
Failure to prevent and Failure to Act,
of account, and Aquisition of Bond!

---

Declaration, Enterdict, Edict, Affidavit, Mandate, Order, Acknowledgement, Pronouncement, presentment and Decree:

### Setting the Record Straight

In order to Set the Record Straight, clear my Good Name, Settle any and all outstanding Accounts, and completelywash my hands of any Ficitious misnomers, I. The Living Brett son of Isaac, Son of Henry, of the Family of Jones, in Good Faith and the True and Lawful Land, Name, and Inheriatable Blood of My Forefathers, disclaim absolutely any and all acts, things, or Places, relevant to, recognized as, or named Brett Jones-Theophilious, BRETT TORIANO JONES-THEOPHILIOUS, BRETT T JONES, KEEFFE TRIKILL BRANCH BJ-TUCC1-308,3-415, to include but not be Limited to all veriations, and or Denominations, or discriptions, thereof- for I do not Consent to Underwrite, participate in, infringe upon, act as attorney, answer for, or claim the state of another person and or things existance and or affairs!

### Several Changes Without Proper Notice

Due Process is an Entitlement and the fact the Special Administrator Brett Son of Isaac Demanded to be Present at the Grand Jury proceedings and was not notified is a Due process Violation. The Fact that this Body is required to give atleast 5 days notice of any and all hearings and have scheduled two without proper notice is not only undue sirpeise, but prejudical, as the opposing party was given notice and in fact they were prepared.the Fact that the Grand Jury Indictment was to be delivered prior to hearing and it was not is another Due Process Violation. the Fact that the Cause Caption has changed and the cause Number is in a differ venue without hearing and or notice not only violates Due Process But The rules in place for the Corporate Judicial Officials. * hearing and 15 due Process Violations of a prejudicial nature, Hearing demanded to discuss Sanctions, as well as court access, which continues to be impeded. As evidence Item 4B, Legal Correspondence that was opened outside of the Special Administrator Brett-To be Known as the S.A.B. throughout--.

### The Identity of the S.A.B. and Collictive Entity

The Title/Corporation/Collictive Entity! The Accused is an Artificial Entity, A Legal Person under Law, a Corporation E.I.N. 98-6066113 -- see alco the Foreign Sovereign Immunities Act, Declaration od Executorship, Act of State, FCC vs. ATT (2011), Braswell Vs. U.U.(1988), , The Dictionary Act U.S.C. 1, and is Different and Seperate from the actual Real sentient Living competentbrithing life blood oxergen breathing man creation of Jehovah God the Soverign of the Universe- Rebuttal is welcomed.

### Jurisdictional Challenge

As per Williams Vs. U.S. (1933) the court concluded that there are two types of courts one Leglisative and the other Constitutional, for the intrest of time we will speak in more detail of this at a later point. However this Court Building and those employed within its its walls are employees of a corporation, and that corporation for profit, and privately owned, and as such I have yet to find the Constitutional Provision allowing and or permitting. So it is with regret that I must insist that this body STATE THE JURISDICTION ON AND FOR THE PUBLIC RECORD, AND IF IT SCHOULD EVER CHANGE, TO STATE THE NEW AND OR DIFF= ERENT JURISDICTION ON AND FOR THE PUBLIC RECORD! Please to not just state "This court has jurisdiction"as that is not spicific nor is it conclusive as required by this body once Jurisdiction is challenged, and if this body could do so as soon as possible as it is difficult to proceed without the specifics. the court is aware of the face that there are many Jurisdictions and each carring different requirements, rights as well as entitlements, no specificity is a neccessity, Please.

As Counsel of choice and C.E.O. of the Corporation known as the Accusedit is neccessary to express to this body that I will have to ensist on all of the Entitlements That position carries, in other words if the opposing counsel does not have to be under OATH, this Counsel is not so required, if opposing Counsels statements coannot be used against Him or them than nither can the words spoken by the S.A.b. !

### Order to strike the Indictment

The Indictment was issued based of false information, as the complaint and the Pretrial services report contridict, it is believed the Opposing counsel constructed evidience, and testomony to get the indictment in violation of Due Process. The Indictment List a charge of Innerstate commerce, where as I did not notice that being a violation of lat, but a constitutionally secured right and entitlement. The Indictment furtherthat it is in Fact a "True Bill", in line with the Bill of Exchange Act, All bills must have an Order, as such the Bill is Conditionally accepted under the terms of the International Bill of Exchange accompaning this Presentment. The TRUE BILL has no actual accounting attached to it so the I.N.B.E. is to cover the Bond and Completely Settle this Account and the Accounting associated with it!

### It is Demanded

All Meetings must be recorded audiably, for a accurate Public Record, Transscribing does not accurately record, document all that occures in a proceeding, and this is a right to be freely exercised!

Common-Law trial, Before a Common-Law Jury, Under Common-Law rules is Demanded.

### Not a Sovereign Citizen, Correction of Name

As stated in affadavit, and announced in open court, and Documented by the Fact that the S.A.B Is a Loyal, Faithful, Adobtiv, chosen Servant of the TRUE GOD HEHOVAH, THE SOLE AND RIGHTFUL SOVEREIGN, He is the only one who can rightfully claim such a title, as the word Sovereign means he who has the Right to rule, well if I being a servant of Jehovah, how could I ever claim to be Sovereign! I must also meke it clear for the Record that I am not a citizen of and Man Made Government, I have no Birth Certificate which would speak to the contrary. I am a Non-Citizen National, and the Onle one who can Identify Who I am! When an infant, a child my parents Identified Me , But now that I am Competent, and a Mature Man I do Assume the Entitled responsibility of Declaring who Iám!

This is a true and Factual Accounting, is to be presented as Evidence as is required of all affidavits done without and outside the U.U. andfederal Zone/area. As with all presentments all and every right as well as entitlement are reserved, as this is completed on this the 8th day of February, 2013as my free will handwritten act and Deed!"  *[signature]*
*Special Administrator*

2.