IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

BRETT JONES-THEOPHILIOUS, a/k/a Brett Son of Isaac, a/k/a Keeffe Branch Trikill

Defendant

CRIMINAL 13-0058CCC

**ORDER**

The Motion to Dismiss (docket entry 19) and Motion (docket entry 24), both filed by defendant Brett Jones-Theophilious pro se, are referred to the U.S. Magistrate Judge for a report and recommendation.

The Motion filed by defendant Jones-Theophilious pro se (**docket entry 20**) is NOTED, except for the request for transcripts contained therein which is DENIED as defendant failed to identify the need for those transcripts.

The informative letter-motion filed by Kaymi Ross, attorney advisor at MDC-Guaynabo (**docket entry 23**), is NOTED.

The Motions filed by defendant Jones-Theophilious pro se (**docket entries 25 and 26**) are NOTED, but all the requests contained therein are DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on March 11, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge