IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff

v.

BRETT TORIANO JONES-THEOPHILIOUS,
a/k/a "Brett Jones-Theophilus," a/k/a "Keeffe Trikill Branch," a/k/a "B.J.-Tucci," a/k/a "Brett (Son of Isaac)"
    Defendant.

Criminal No. 13-058 (ADC)

## ORDER

The attached document was received, by regular mail, by the undersigned.

The document is signed by Brett Jones-Theophilious, which appears charged as the defendant in the above-captioned case in which the presiding judge is the Hon. Carmen C. Cerezo.

Accordingly, the document is to be filed in Criminal Case No. 13-058 (CCC).

**SO ORDERED.**

At San Juan, Puerto Rico, this 27th day of August, 2013.

S/AIDA M. DELGADO-COLON
Chief U. S. District Judge