IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CRIMINAL NO.: 13-58 (CCC) |
| BRETT JONES-THEOPHILOUS, a.k.a. Brett Son of Isaac, a.k.a. Keeffe Branch Trikill, | |
| Defendant. | |

## SPECIAL APPEARANCE

TO THE HONORABLE COURT:

The undersigned has received in chambers, by mail, a document titled Subpoena to Testify at a Deposition in a Criminal Case, attached herein as an exhibit. A review of the record in this case does not reveal that said subpoena is in compliance with Rule 15 of the Federal Rules of Criminal Procedure.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 28th day of August, 2013.

s/Marcos E. López
U.S. Magistrate Judge