AO 90 (Rev. 08/09) Subpoena to Testify at a Deposition in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:13 CR 00058-CCC |
| BRETT JONES-THEOPHILIOUS ) | |
| ) | |
| Defendant ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CRIMINAL CASE

To: Marcos E. Lopez
District Court for the United States of America
Federico Degetau Federal Building, 150 Carlos Chardon Avenue, San Juan Puerto Rico

**YOU ARE COMMANDED** to appear at the time, date, and place set out below to testify at a deposition in a criminal case. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set out in an attachment:
Any and all matters regarding the above case.

| Place: | Dist. Ct for the United States of America Federico Degetau Federal Building San Juan, Puerto Rico | Date and Time: 08/26/2013 10:00 am |
|---|---|---|

You must also bring with you to this deposition the following documents, electronically stored information, or objects *(blank if not applicable)*:
Any and all records, files, videos, tapes, related to or pertaining to Brett ( Son of Isaac; Jones; Jones-Theophilious (US)). EIN# for current employer, CEO name of current employer, the copy of the corporation Annual Financial Report (CAFR) to include reference and notes. List of job title and history of employment.
STATE OF NEW MEXICO)
COUNTY OF BERNALILLO) Signed before me, a notary public for said State on the 9th of August 2013.
Notary— My commission expires: 4-7-2017



Date: 08/09/2013

Redress Right Commission
By: Frances, Commissioner
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

This subpoena has been issued on application of an attorney whose name, address, e-mail and telephone number are:
Brett Jones-Theophilious
PO Box 393
Veguita, NM

Case No.  3:13 CR 00058-CCC

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Marcos E. Lopez
was received by me on *(date)*   08/09/2013   .

☐  I served the subpoena by delivering a copy to the named person as follows:  Marcos E. Lopez
Federico Degetau Federal Building 150 Carlos Chardon Avenue, Room 150, San Juan Puerto Rico
on *(date)*   08/09/2013   ; or

☐  I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____  .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:   08/09/2013

UNITED STATES POSTAL SERVICE
*Server's signature*

UNITED STATES POSTMASTER
*Printed name and title*

UNITED STATES POSTAL SERVICE
CERTIFIED MAIL #7012-2920 0002 2230 5511

*Server's address*

Additional information regarding attempted service, etc: