P.O. Box 393
Veguta NM

The district court of the Country the United States of America, In the territory of puerto rico

Brett Jones et.. Al...                    Record # 3:13...00058
Personal ignior for oooooocc-      Belief's, Proof's And
603282882                              evidence.
    v.
United et.. Al...

RECEIVED & FILED
2013 SEP 11 AM 9:55
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

Affidavit:

By Now this Body has Received My First Motion, I hoped it proved enlightening, but wait Soon will come my next Motion, presented "Good faith & Credit," Legal information, It's Sure to ADD weight to the volume of evidence supplied this matter.

Thanks for helping me to understand the "You know The Jury mustn't be told About Jury Nullification." I Do not expect for the matter "Nullification," to be brought up As A "Jury of My Peers" should know About Such Legal and Lawful matters. I will however be placing the Law on trial, I will Prosecute My Side of the case, Any attempts to call Me Brett Jones--Theophilous the Defendant will be Objected to Respectfully. The 6th Amendment Recognizes the Rights of the Accused, And I Shall not have my Rights violated Before my Peer's - How Say You?

As Same As Before, So Is Now, The 1st & 5th Amendments of the United States of America the Country Sovereign; This will be highlighted to the Jury, especially how "one may not be held, or deprived without Due Process of Law." That means I will highlight the oppressive prosecution on behalf of the Opposing party. I will

be highlighting the Affirmative (Defence) Prosecution of the so-called law/statute/Regulation. We will finally have discussed what is law in the Nation known as the United States of North America.

We will place the Identity of the Complaintant on the stand and let title 5 U.S.C.S. Testify to the Standing in a Criminal ~~suis~~ quisi civil Proceeding. We will seek to find the Jurisdiction for the 9803566676, OR 530197081, 5222214908. No Doubt you have planned to attack each and every point, Please Do, I beleive it was your own pet Marcos Lopez who said such matters were for a jury to decide, like I said he's quite, adorable, is he nuttered?

We will highlight the Rights and obligation of a Jury via the 5th & 6th Amendments to the Accused, As they are his peers, yeah I know - Never looked at it that way, but again It is a Secured Right, As the "Court is Aware of ... constitutional Rights..."

As soon as you set the trial date the evidence contained in my computer (only to be accessed by me, in my presence), will be placed with the Court as a Bailment;

You will not Activate, you will not enspect, Search, Review, tamper, Remove any Item, Thing, Data, Words, Pages, Volumes, disks, and the like from any Item or Unit sent in conjunction with Bailment. You will not Return to Sender, As the Accused has an Absolute Right to Property, to Attend trial, and to Present evidence, and need not ask for your Permission!

As I said Before you are too old a person to lack as much as you do, what happened to you? At one time I can

Imagin you were a very Reasonable & Just person, when Did you become so vile? So harsh? so Dis-honorable? You Lie to yourself daily masking your disapproval of yourself (It's okay if you get upset, most people would. If it were that I was trying to offend, It would be justified, but I am not), why not Change? Why Not go back to your first few years on the bench, when you were proud of yourself? Why not Do as I did, make every effort to correct the wrongs, to look to help your fellow man. So What. If your peers don't Approve, your Job is for life — To the Proverb "Above All things Prove true to your (Thine) Self," You Are Not going to be judged by the Actions of Another, but your own Actions, or Lack thereof.

This matter was Designed to highlight the Blocking of Equal Protection and Access to Justice. The Administration of Justice has no Constitutional Provision Supporting it, and if there is no Constitutional Provisional support, that the People Retain the Right to Accept or Reject, as their Right under "Retention" (see 10th Amendment).

You ever heard of any law forbidding a jury to Judge law & the evidence? how obsurde, and Completely unconstitutional. The People (The Jury) Are the 4th Branch of Government, And as such Are the Checks And Balances of the Judicial System, the Congress And the Law's enforced. (see the Tenth Amendment).

The Rules — for the Court or it's officers, will be high·lighted before the jury, as they

3

Determin Before Making Any Judgement if Due Process has been Afforded, you know if the Parties have followed the Rules, If equal Access has been Accomplished even if there has been an Affording of Medical Care. Why According to the 5th Amendment (The Court is Aware of the "... Constitutional Rights), "No one maybe held to Answer" without Due Process of Law!

I'm trying to Make sure everyone see's what I'm intending to do, the issue's involved. Like the Court being A Federal Agency for Profit, A foreign Corporation.

I know Congress said it's okay, But it itself is A Corporation - But According to the Attached evidence, A foreign Corporation, Ergo Lacking Jurisdiction. I know, I know, "No it's not!!!" So prove it on the Public Record, As Now the Affidavit is supported by evidence!

You see I Charge "You have no Constitutional Authority to operate As A foreign Corporation for Private Interest"! That Such is A clear violation of the Treaty Known As the Continental United States of America, Please Prove me wrong.

Your Organization is Required to file A CAFR (Comprehensive Annual/Fiscal Financial Report), that Report will verify your unlawful Profiteering As An Organization for foreign interest.

You can thank Marcos Lopez for highlighting the Juries need to decide. Oh and yourself for the unlawful Non-Statutory Order for evaluation based on those issue's And the Principles surrounding each.

I told you people to leave me alone, I said, "Let this fish go, he is not eatable." But you said "HELL NO, we will do what we do!" I said "But I will prove every issue, and will set presedents." You said "Other's have tried, who are you?" I said In that NI--A! You know the one they warned you about, the one who will not stand by and be treated differently." You said "how dare you!" I said I did not dare, I was minding my own business trying to be at peace, you people ripped my life, the essence apart, you cost me dearly." Than you took the cake, all you said was "So what, what are you going to do?"

So I set about orchestrating a master-piece. I knew you all played dirty so I high-lighted several things, waited for you (prison, courts, DOJ, all) to systematically block access to the most basic of things. Why? Because you are all corrupt, bad fruits, bad vines in need of up-rooting.

To get rid of me you now will have to violate the most fundamental of rights and laws. Not to mention proving statutes are laws, codes and regulations are laws. That one may not file a counter-claim in a court of any nature, providing the legal and lawful support. That legaless/legal terminology is English as required by law. This alt to be interesting. I'll bring the pop corn.

But as I said before, I will not tell the jury about their power to nullify, as the court stated, "They should already know", so I will do

5

As the Courts suggest "Do Like we do and Assume they Already Know." So in such an Assumption, or presumption, I will speak to these informed Jurist and Remind them of their obligation to the Accused as outlined in the Constitution – As is my Right, and under Affirmative (Aquittals) Defenses/Prosecution's as outlined in statute. I will Remind them that the 5th Amendment say's that they are the Judges of the Matter in it's totality (to include the Law/Statute/Code/Act/Rule/Regulation).

Please Advise of any "LAW" prohibiting as I will Need to Challenge such as unconstitutional Before the Jury. (The 5th Amendment is my foundation as I told this Body; I will put the Law on Trial as my witness to Rebutt the case presented by the Great Marshal Morgan, I am Glad he has Never Sent a single Responsive Notice, Pleading, Nothing, he made my Job easy).

Oh, By the Way Marshal Morgan's Pleadings have Not been strickened, Why is that, when the Rules for such Incompetant Officer's is clear? Yes, I know the Unfair Rules are designed to Protect such creatures, Thank god for the fact he is not protected by Immunity Clause, as his Corporation makes a Profit, and it is not returned the tax payer's

Finally, Thanks to all involved parties, you have Received my Subpoena's, struck them from the Record, but did Not order the Clerk of the Court to issue blank ones. Thanks for helping me prove gate-keeping, Bias & Prejudice, I could not prove it otherwise. Oh and I would like to Remind Lopez, a Notary is a Officer of the Court, the Subpoena's were known as a Notary Presentment, and you confirmed Receipt, thank you

You People Are so Concerned About Violating my Rights, that I'am Able to Document with considerable ease.

My legal Property has been Unreasonably Seized 4 times, Not Returned. My trust fund Account is being mis-Managed. A 4th, 5th, 10th Amendment violation. But Most Notably A 6th Amendment Access to the Court violation, As such was seized to Block my Access to successfully Prosecute my Portion of the Instant Matter. The Court is Purposely Remaining Moot to Assist in the unlawful Activity.

I shall be Contacting the "Holy See", And filing A 1503 with the UN under the ICCPR, And UDHR. I said Leave me Alone, Now I must make you obey, Something I Do not wish to Do. Did you know of the "Holy See's" Directive on officials under their Covanents, how they will Seek to Prosecute? Or Intropol's policing abilities, I'm going to see if they can help to investigate my Government, let's see If it is truly A Corporation AND If my Corporation (I'm only the Beneficiary, of 000000000603282882 And not executor, only Executor of Brett Jones-Theophilous/Theophilus, Correction and Amendment of All documents, Affidavits, Presentments).

The Aforementioned is true And Accurate And Done under International Penality of Perjury on this the 8 of Sept. 2013

*[signature]*

My Cursive is Horrible, I'm no longer Able to Wright my own signature, thanks So Much.

7