## Federal Agencies - Income Withholding
## Updated: April 2012

| Agency Name | FIPS | FEIN | Income Withholding Address | Payroll Center |
|---|---|---|---|---|
| VA Office of Inspector General | A3604 | | Department of Veterans Affairs<br>Office of Inspector General (50)<br>810 Vermont Avenue, NW<br>Washington, DC 20420 | National Finance Center<br>72-0564834 (FEIN) |
| Vietnam Education Foundation (VEF) | A9591 | | National Payroll Branch<br>Kansas City Finance Division - 6BCY<br>1500 East Bannister Road, Room 1118<br>Kansas City, MO 64131-3088<br>Phone: 816-926-5118 | General Services Administration |

## Federal Agencies - Income Withholding
## Updated: April 2012

| Agency Name | FIPS | FEIN | Income Withholding Address | Payroll Center |
|---|---|---|---|---|
| United States Postal Service (USPS) | | 410760000 | U.S. Postal Service<br>Eagan Accounting Service Center<br>2825 Lone Oak Parkway<br>Eagan, MN 55121-1551<br>Phone: 651-406-3600<br><br>The United States Postal Service (USPS) informed OCSE that income withholding orders (IWOs) issued by State child support enforcement agencies for noncustodial parents who are independent contractors working for the USPS should be sent to the following address:<br><br>United States Postal Service<br>San Mateo ASC, ATTN: Daniel Urrutia<br>Fields Payable 2<br>2700 Campus Drive<br>San Mateo, CA 94497-9432<br><br>Questions may be addressed to Daniel Urrutia at 650-377-5331. | United States Postal Service |
| United States Senate (USS) | | 536002558 | US Senate<br>Senate Disbursing Office<br>SH-127<br>Hart Senate Office Building<br>Washington, DC 20510-7104<br>Please fax to 202-224-8641 | US Senate |
| United States Soldiers and Airmen's Home | A8400 | | Assistant General Counsel for Garnishment Operations, Defense and Accounting Service<br>Cleveland Center - Code L (DFAS -CL/L)<br>P.O. Box 998002<br>Cleveland, OH 44199-8002<br>Phone: 216-522-5301 | Department of Defense |
| United States Tax Court (UST) | A2300 | 530196971 | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P. O. Box 272030<br>Denver, CO 80227-9030 | Department of Interior |
| Utah Reclamation Mitigation & Conservation Commission | A1467 | | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO 80227-9030 | Department of Interior |

## Federal Agencies - Income Withholding
## Updated: April 2012

| Agency Name | FIPS | FEIN | Income Withholding Address | Payroll Center |
|---|---|---|---|---|
| Office of the Under Secretary | A9108 | | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO 80227-9030 | Department of Interior |
| Office of Thrift Supervision (OTS) | | 521643945 | Office of Payroll<br>1700 G. Street, NW<br>Washington, DC 20552 | National Finance Center |
| Office of Vocational and Adult Education | A9120 | | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO 80227-9030 | Department of Interior |
| Overseas Private Investment Corporation | A7100 | | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO 80227-9030 | Department of Interior |
| Peace Corps (PC) | A1145 | | Peace Corps<br>Director of Personnel<br>1111 20th Street, NW. Room L505<br>Washington, DC 20526<br>Phone: 202-606-3114 | National Finance Center<br>72-0564834 (FEIN) |
| Pension Benefit Guaranty Corporation (PBGC) | A1665 | | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO 80227-9030 | Department of Interior |
| Public Defenders Office (PDO) | A2094 | | National Payroll Branch<br>Kansas City Finance Division - 6BCY<br>1500 East Bannister Road, Room 1118<br>Kansas City, MO 64131-3088<br>Phone: 816-926-5118 | General Services Administration |
| Railroad Retirement Board (RRB) | A6000 | 362165433 | National Payroll Center<br>Kansas City Finance Division - 6BCY<br>1500 East Bannister Road, Room 1118<br>Kansas City, MO 64131-3088<br>Phone: 816-926-5118 | Railroad Retirement Board |
| Research and Special Programs Administration | A6943 | | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO 80227-9030 | Department of Interior |

# Federal Agencies - Income Withholding
## Updated: April 2012

| Agency Name | FIPS | FEIN | Income Withholding Address | Payroll Center |
|---|---|---|---|---|
| Securities and Exchange Commission (SEC) | A5000 | 530193462 | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO  80227-9030 | Department of Interior |
| Selective Service System (SSS) | A9000 | | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO  80227-9030 | Department of Interior |
| Small Business Administration (SBA) | A7300 | | Small Business Administration<br>Chief, Personnel/Payroll Systems Branch or Payroll Analyst<br>409 3rd Street, SW, Suite 4200<br>Washington, DC  20416<br>Phone: 202-205-6148 or<br>Phone: 202-205-6213 | National Finance Center<br>72-0564834 (FEIN) |
| Smithsonian Institution (SI) | A3300 | | General Counsel, The Smithsonian Institution<br>MRC 012<br>1000 Jefferson Drive, SW<br>Washington, DC  20560<br>Phone: 202-357-2583 | National Finance Center<br>72-0564834 (FEIN) |
| Social Security Administration (SSA) | A2800 | 526004813 | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO  80227-9030 | Department of Interior |
| Southwest Pennsylvania Heritage Preservation Commission | A1443 | | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO  80227-9030 | Department of Interior |
| St. Lawrence Seaway (SLS) | A6947 | 150597252 | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO  80227-9030 | Department of Interior |
| Supreme Court of the United States (USSC) | | 530197080 | Supreme Court of the United States<br>One First Street, NE<br>Room G-6<br>Washington, DC  20543 | Supreme Court of the United States (CUS) |

# Federal Agencies - Income Withholding
## Updated: April 2012

| Agency Name | FIPS | FEIN | Income Withholding Address | Payroll Center |
|---|---|---|---|---|
| International Boundary and Water Commission | A19BM | 741109987 | International Boundary and Water Commission<br>The Commons, Building C, Suite 100<br>4171 North Mesa<br>El Paso, TX 79902-1441 | National Finance Center<br>72-0564834 (FEIN) |
| James Madison Memorial Foundation | A9541 | | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO 80227-9030 | Department of Interior |
| Japan-US Friendship Commission | A9512 | | Not currently available | National Finance Center<br>72-0564834 (FEIN) |
| JFK Center for the Performing Arts | A3352 | | National Payroll Branch<br>Kansas City Finance Division - 6BCY<br>1500 East Bannister Road, Room 1118<br>Kansas City, MO 64131-3088<br>Phone: 816-926-5118 | General Services Administration |
| John C. Stennis Center | A0914 | | National Payroll Branch<br>Kansas City Finance Division - 6BCY<br>1500 East Bannister Road, Room 1118<br>Kansas City, MO 64131-3088<br>Phone: 816-926-5118 | General Services Administration |
| Library of Congress (LOC) | A0300 | | Library of Congress<br>Human Resources Directorate<br>Madison Building, Room 107<br>101 Independence Avenue, SE<br>Washington, DC 20540-2220 | National Finance Center<br>72-0564834 (FEIN) |
| Marine Mammal Commission (MMC) | A9513 | | National Payroll Branch<br>Kansas City Finance Division - 6BCY<br>1500 East Bannister Road, Room 1118<br>Kansas City, MO 64131-3088<br>Phone: 816-926-5118 | General Services Administration |
| Maritime Administration (MARAD) | A6938 | | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO 80227-9030 | Department of Interior |
| Medicare Payment Advisory Commission (MedPAC) | A0935 | | National Payroll Branch<br>Kansas City Finance Division - 6BCY<br>1500 East Bannister Road, Room 1118<br>Kansas City, MO 64131-3088<br>Phone: 816-926-5118 | General Services Administration |

# Federal Agencies - Income Withholding
## Updated: April 2012

| Agency Name | FIPS | FEIN | Income Withholding Address | Payroll Center |
|---|---|---|---|---|
| Fish and Wildlife Service (FWS) | A1448 | | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO 80227-9030 | Department of Interior |
| General Accounting Office (GAO) | A0500 | | US General Accounting Office<br>Attn: Chief Payroll/Personnel Systems Branch<br>441 G Street, NW<br>Room 1180<br>Washington, DC 20548<br>Phone: 202-512-5811 | National Finance Center<br>72-0564834 (FEIN) |
| General Services Administration (GSA) | A4700 | 440553234 | National Payroll Branch<br>Kansas City Finance Division - 6BCY<br>1500 East Bannister Road, Room 1118<br>Kansas City, MO 64131-3088<br>Phone: 816-926-5118 | General Services Administration |
| Government Printing Office (GPO) | A0400 | 536002509 | Government Printing Office<br>732 North Capitol & H Streets, NW<br>Room B-622<br>Washington, DC 20401 | National Finance Center<br>72-0564834 (FEIN) |
| Harry S. Truman Scholarship | A9510 | | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO 80227-9030 | Department of Interior |
| House of Representatives (USHOR) | | 536002523 | US House of Representatives<br>B208<br>Longworth Building<br>Washington, DC 20515 | House of Representatives |
| Immediate Office of the Secretary of Education | A9101 | | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO 80227-9030 | Department of Interior |
| Interagency Council on the Homeless (ICH) | A9554 | | National Payroll Branch<br>Kansas City Finance Division - 6BCY<br>1500 East Bannister Road, Room 1118<br>Kansas City, MO 64131-3088<br>Phone: 816-926-5118 | General Services Administration |
| Inter-American Foundation | A1143 | | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO 80227-9030 | Department of Interior |

## Federal Agencies - Income Withholding
## Updated: April 2012

| Agency Name | FIPS | FEIN | Income Withholding Address | Payroll Center |
|---|---|---|---|---|
| Department of Homeland Security (DHS)<br><br>Federal Law Enforcement and Training Center | A7000 | | Chief Counsel, Federal Law Enforcement Training Center<br>TH-400-D<br>Glynco, GA  31514<br>Phone: 912-267-2100 | National Finance Center<br>72-0564834 (FEIN) |
| Department of Homeland Security (DHS)<br><br>Immigration and Customs Enforcement (ICE) | A7000 | | Chief Counsel, U. S. Immigration and Customs Enforcement<br>425 I Street, NW<br>Mail Stop 5500<br>Washington, DC  20529<br>Phone: 202-514-1900 | National Finance Center<br>72-0564834 (FEIN) |
| Department of Homeland Security (DHS)<br><br>Office of the Inspector General | A7000 | | Department of Homeland Security<br>Office of the Inspector General<br>C/O Pubic Debt<br>200 Third Street, Avery2A<br>Parkersburg, WV 26106 | National Finance Center<br>72-0564834 (FEIN) |
| Department of Homeland Security<br><br>Transportation Security Administration (TSA) | | 80-0038533 | TSA HR Access Service Center<br>Metroplace 1<br>2650 Park Tower Dr. Suite 201<br>Vienna, Va 22180 | National Finance Center<br>72-0564834 (FEIN) |
| Department of Homeland Security (DHS)<br><br>Transportation Security Administration (TSA) - Federal Air Marshalls | | 80-0038533 | Transportation Security Administration/Federal Air Marshalls Human Resources<br>5100 Harding Highway, Suite 901<br>Mays Landing, NJ  08330<br>Phone: 609-909-5700 | National Finance Center<br>72-0564834 (FEIN) |
| Department of Homeland Security<br><br>United States Coast Guard (USCG) | | 529980000 - Coast Guard | United States Coast Guard<br>Human Resources SVC & Information Center<br>444 SE Quincy Street<br>Topeka, KS  66683-3359 | National Finance Center<br>72-0564834 (FEIN) |
| Department of Homeland Security (DHS)<br><br>United States Secret Service (USSS) | A7000 | | Chief Counsel, U.S. Secret Service<br>958 H Street, NW<br>Mail Stop 9300<br>Washington, DC  20529<br>Phone: 202-406-5700 | National Finance Center<br>72-0564834 (FEIN) |

# Federal Agencies - Income Withholding
## Updated: April 2012

| Agency Name | FIPS | FEIN | Income Withholding Address | Payroll Center |
|---|---|---|---|---|
| Department of Housing and Urban Development (HUD)<br><br>Community Planning and Development<br>Government National Mortgage Association<br>Multifamily Housing<br>Office of Fair Housing and Equal Opportunity<br>Office of Federal Housing Enterprise Oversight<br>Office of Healthy Homes and Lead Hazard Control<br>Office of Housing<br>Office of Public and Indian Housing<br>Policy Development and Research | A8600 | | Office of Human Resources, SSD,ESC<br><br>451 7th Street, SW<br>Room 2264<br>Washington, DC 20410<br>Phone: 202-708-0614 ext. 3029 | National Finance Center<br>72-0564834 (FEIN) |
| Department of Interior (DOI) | | 841024566 | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO 80227-9030 | Department of Interior |
| Department of Justice (DOJ)<br><br>Bureau of Alcohol, Tobacco, Firearms, and Explosives, Personnel Division (BATFE) | A1500 | | 650 Massachusetts Avenue, Room 4150<br>Washington, DC 20001 | National Finance Center<br>72-0564834 (FEIN) |
| Department of Justice (DOJ)<br><br>Bureau of Prisons (BOP)<br>For a listing of all Federal Prisons,<br>please click on website:<br>http://www.bop.gov/ | A1500 | 53-0205705 | Federal Bureau of Prisons<br>Consolidated Processing Unit<br>346 Marine Forces Drive<br>Grand Prairie, TX 75051 | National Finance Center<br>72-0564834 (FEIN) |
| Department of Justice (DOJ)<br><br>CSOSA (EXC PSA), Office of Human Resources | A1500 | | 808 17th Street, NW, Suite 820<br>Washington, DC 20006 | National Finance Center<br>72-0564834 (FEIN) |
| Department of Justice (DOJ)<br><br>CSOSA/Pretrial Service Agency | A1500 | | 633 Indiana Avenue, NW Room 1170<br>Washington, DC 20004 | National Finance Center<br>72-0564834 (FEIN) |
| Department of Justice<br><br>Drug Enforcement Administration (DEA) | A1500 | | Office of Personnel<br>Employee Relations Unit<br>700 Army Navy Drive<br>Room 3164<br>Arlington, VA 22202-4210<br>Phone: 202-307-1222 | National Finance Center<br>72-0564834 (FEIN) |

# Federal Agencies - Income Withholding
## Updated: April 2012

| Agency Name | FIPS | FEIN | Income Withholding Address | Payroll Center |
|---|---|---|---|---|
| Appraisal Subcommittee Financial Institutions Examination Council | A9562 | | National Payroll Branch<br>Kansas City Finance Division - 6BCY<br>1500 East Bannister Road, Room 1118<br>Kansas City, MO 64131-3088<br>Phone: 816-926-5118 | General Services Administration |
| Architect of the Capitol | A0100 | | Attn: Personnel/Payroll Systems Branch<br>US Capitol Building<br>2nd and D Streets, SW<br>Room H2-291<br>Washington, DC 20515 | National Finance Center<br>72-0564834 (FEIN) |
| Architectural and Transportation Barriers Compliance Board | A9532 | | General Counsel, Architectural and Transportation Compliance Board<br>1331 F Street, NW, #1000<br>Washington, DC 20004-1111<br>Phone: 202-272-5434 ext. 16 | National Finance Center<br>72-0564834 (FEIN) |
| Arctic Research Commission (USARC) | A4965 | | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO 80227-9030 | Department of Interior |
| Armed Forces Retirement Home | A5401 | | Armed Forces Retirement Home<br>3700 N. Capitol St. NW<br>Washington, DC 20011-8400<br>Phone: 800-422-9988<br><br>Gulfport, MS<br>1800 Beach Drive<br>Gulfport, MS 39507<br>Phone: 800-422-9988 | National Finance Center<br>72-0564834 (FEIN) |
| Barry Goldwater Scholarship & Excellence in Education Fund | A9560 | | National Payroll Branch<br>Kansas City Finance Division - 6BCY<br>1500 East Bannister Road, Room 1118<br>Kansas City, MO 64131-3088<br>Phone: 816-926-5118 | General Services Administration |
| Bonneville Power Administration (BPA) | | 930334712 | Chief, Payroll Section CHR1<br>Bonneville Power Administration<br>Department of Energy<br>905 NE 11th Avenue<br>Portland, OR 97232<br>Phone: 503-230-3203 | Bonneville Power Administration |



Courts ↓

# Federal Agencies - Income Withholding
## Updated: April 2012

| Agency Name | FIPS | FEIN | Income Withholding Address | Payroll Center |
|---|---|---|---|---|
| Administrative Office of the US Courts (AOU) ✳<br>Includes:<br>Federal Judicial Center<br>United States Judges<br>United States Sentencing Commission | | 530197081,<br>522214908<br>522255088<br>980356676<br>522214907 | Administrative Office of the U.S. Courts<br>Payroll Services Branch<br>Suite 2-270<br>One Columbus Circle, NE<br>Washington, DC 20544<br>Phone: 202-502-3205 | Administrative Office of US Courts |
| Advisory Council of Historic Preservation | A9530 | | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO 80227-9030 | Department of Interior |
| Advisory Councils and Committees | A916A | | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO 80227-9030 | Department of Interior |
| African Development Foundation (ADF) | A1141 | 521343180 | Chief, Payroll Operations Division<br>Attn: D2640<br>National Business Center<br>P.O. Box 272030<br>Denver, CO 80227-9030 | Department of Interior |
| AgFirst Farm Credit Bank<br>Includes:<br>Farm Credit Bank of Texas | | 571016947<br>571016947 | Attn: Payroll Department<br>P.O. Box 1499<br>Columbia, SC 29202-1499<br>Phone: 803-929-0000 x 405 | AgFirst Farm Credit Bank |
| American Battle Monuments Commission (ABMC) | A7400 | 530196940 | National Payroll Branch<br>Kansas City Finance Division - 6BCY<br>1500 East Bannister Road, Room 1118<br>Kansas City, MO 64131-3088<br>Phone: 816-926-5118 | General Services Administration |
| Antitrust Modernization Commission | A0977 | | National Payroll Branch<br>Kansas City Finance Division - 6BCY<br>1500 East Bannister Road, Room 1118<br>Kansas City, MO 64131-3088<br>Phone: 816-926-5118 | General Services Administration |
| Appalachian Regional Commission (ARC) | A4602 | | Appalachian Regional Commission<br>HRO<br>Room 721<br>1666 Connecticut Avenue, NW<br>Washington, DC 20009-1068 | National Finance Center<br>72-0564834 (FEIN) |