Scheduled Time: 9:00 a.m.
Called at: 9:45 a.m.
Ended at 1:30 p.m.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

BEFORE AIDA M. DELGADO-COLON, CHIEF U. S. DISTRICT JUDGE    DATE:  July 16, 2014

COURTROOM DEPUTY: Sarah V. Ramón    CR. CASE NO: 13-058 (ADC)

COURT REPORTER: Diane Breaz    INTERPRETER:  Tom Kavelin

<u>United States of America</u>    <u>AUSA Marshal Morgan</u>
                                <u>AUSA Julia Meconiates</u>

v.

<u>Brett Toriano Jones-Theophilious</u>    <u>José Gaztambide-Aneses</u>
                                        <u>Juan Hernández López de Victoria</u>

CASE CALLED FOR SECOND DAY OF JURY TRIAL.

Opening statements heard by the parties.

The sworn testimonies of José Méndez, POPR Agent Gilbert Valentin-Crespo, José Figueroa-Sancha, Verónica Aguirre, Félix Martinez and Annabelle Peluyera heard on behalf of the Government.

**Further Jury Trial set to continue on Thursday, July 17, 2014 at 9:30 a.m.**

Sidebar Conference held.  Defense counsel Gaztambide informs that yesterday both he and co-counsel Juan Hernández met with defendant and he was and remains cooperative and consented to being represented by them.

Attorney Gaztambide requests on behalf of his client that notice to MDC-Guaynabo filed at DE 60, be unsealed.   Defendant is aware that the contents of said notice address his medical condition, however, it's his understanding that his medical condition is already known.

Court grants the request and the Order issued to MDC-Guaynabo which in fact is DE 63, is order to be unsealed.

                                                s/Sarah V. Ramón
                                                Sarah V. Ramón, Deputy Clerk


Joint Exhibits: I, II, III, IV, V admitted.

Government's Exhibits: 1, 2, 3, 4, 5, 7, 9, 11, 13, 14, 17, 18, 19, 20, 21 and 22 admitted.