Scheduled Time: 9:30 a.m.
Called at: 10:10 a.m.
Ended at 5:00 p.m.
Charge Conference 5:00-7:15 p.m.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

BEFORE AIDA M. DELGADO-COLON, CHIEF U. S. DISTRICT JUDGE    DATE:  July 17, 2014

COURTROOM DEPUTY: Sarah V. Ramón    CR. CASE NO: 13-058 (ADC)

COURT REPORTER: Diane Breaz    INTERPRETER: Manuel Horta

United States of America    AUSA Marshal Morgan
                            AUSA Julia Meconiates

           v.

Brett Toriano Jones-Theophilious    José Gaztambide-Aneses
                                    Juan Hernández López de Victoria

---

CASE CALLED FOR THIRD DAY OF JURY TRIAL.

Outside of the presence of the jury, AUSA Morgan informs to the Court, that yesterday he received a letter from the defendant, which is a pre-action to the filing of a lien.

Court takes note, however, Government's counsel is to address this matter at his office.

The sworn testimonies of Teresa Fuentes, Steven Morrison, Edmond Sweeney, Donny Albino, Michele Douglas and Fernando Maldonado (a portion of Maldonado's testimony during cross examination was taken outside of the presence of the jury) heard on behalf of the Government.

Mr. Edmond Sweeney was called back to court and clarified issue that was raised during the testimony of Fernando Maldonado.  The Court finds that the contents contained within the document marked by the defense as ID-A are misleading, confusing and of which there is no factual support.  Therefore, the same will remain as offered and rejected.  At the request of the parties, in relation to ID-A, the Government marked the photo that appears on the website of the national sex offender registry and the offender details, as they so appear on the registry, are marked as Ids 30 and 31.

Attorney Hernández has no further questions for Fernando Maldonado and being there is no redirect by the Government, the witness is excused.

The defense argues their oral Rule 29 Motion.

Arguments in opposition heard on behalf of the Government.

Court will issue its ruling tomorrow.

CR. 13-058 (ADC)

Page-2-

The jury is brought back to court.

Government rests.

Defense will present no witnesses.

**Further Jury Trial set to continue on Friday, July 18, 2014 at 10:00 a.m.**

Jury is excused.

Charge Conference to be held today in chambers.

Further Charge Conference to be held tomorrow at 9:00 a.m.

Defense counsel informs that the defendant has not been receiving his medication at MDC-Guaynabo.

US Marshals are to advise personnel at MDC-Guaynabo regarding this matter and defendant is to be given his medication once he's returned to the BOP facility.

s/Sarah V. Ramón<br>Sarah V. Ramón, Deputy Clerk

Joint Exhibits: VI admitted.

Government's Exhibits: 23-29 admitted.

Defendant's ID-A was offered and rejected.  In relation to ID-A, Government's Ids  30-31 are kept on the record in case there is a need for review on appeal.