UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

BRETT TORIANO JONES-THEOPHILIOUS,
a.k.a. "Brett Jones-Theophilus," a.k.a. "Keeffe Trikill Branch," a.k.a. "B.J.-Tucci," a.k.a. "Brett (Son Of Isaac),"
    Defendant.

Crim. No. 13-058 (ADC)

*RECEIVED & FILED CLERK'S OFFICE JUL 18 2014 US DISTRICT COURT SAN JUAN, PR*

## JURY VERDICT FORM

As to Count One, charging defendant with a violation of Title 18, <u>United States Code</u>, Section 2250(a), failing to register as a sex offender, we the Jury UNANIMOUSLY find the defendant **BRETT TORIANO JONES-THEOPHILIOUS**:

☐ NOT GUILTY          ☒ GUILTY

I certify that this is the unanimous determination of the Jury Panel.

In San Juan, Puerto Rico, this __18__ day of July, 2014.

July 18th, 2014  2:46pm
DATE and TIME          FOREPERSON SIGNATURE

**Upon completing this verdict form, please return it to the Court Security Officer.**