INTAKE DROP BOX
RECEIVED & FILED

2014 JUL 18 PM 3:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Before the District Court At Puerto Rico

CA - 3·13·00058

Jones   v.   United States

Notice of Appeal

Due in part to the Denial of Right of the Accused to Due Process, Affirmative Defense, And Access to the Court.

Attested true and Correct and Done on this the 17th Day of July 2014

[signature]