# United States Court of Appeals
## For the First Circuit

No. 14-1829

UNITED STATES

Appellee

v.

BRETT TORIANO JONES-THEOPHILIOUS, a/k/a Brett Son of Isaac,
a/k/a Brett Jones-Theophilious, a/k/a B.J. -Tucci, a/k/a Keeffe Trikill-Branch

Defendant - Appellant

---

**JUDGMENT**

Entered: February 11, 2015
Pursuant to 1st Cir. R. 27.0(d)

By order entered **August 20, 2014**, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by **September 3, 2014** would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3.0(b).

By the Court:

/s/ Margaret Carter, Clerk

cc:  Juan Jose Hernandez Lopez de Victoria
     Brett Jones-Theophilious
     Jose R. Gaztambide-Aneses
     Julia Meconiates
     Marshal David Morgan
     Nelson Jose Perez-Sosa