# United States Court of Appeals
## For the First Circuit

No. 15-1263

UNITED STATES,

Appellee,

v.

BRETT TORIANO JONES-THEOPHILIOUS, a/k/a Brett Son of Isaac, a/k/a Brett Jones-Theophilious, a/k/a B.J. -Tucci, a/k/a Keeffe Trikill-Branch,

Defendant, Appellant.

Before

Howard, Chief Judge,
Thompson and Kayatta, Circuit Judges.

**JUDGMENT**

Entered: December 2, 2015

Pursuant to this court's show cause order, entered on April 10, 2015, this appeal is dismissed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Brett Jones-Theophilious
Julia Meconiates
Marshal David Morgan
Nelson Jose Perez-Sosa
Juan Jose Hernandez Lopez de
Victoria Jose R. Gaztambide-Aneses