IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v                                    CASE NO. 3:13-CR-00058-01 (ADC)

BRETT TORIANO JONES -THEOPHILIOUS

SECOND SUPPLEMENTAL MOTION TO DOCKET NO. 277
REQUESTING ARREST WARRANT AND SHOW CAUSE HEARING

TO THE HONORABLE AIDA M. DELGADO, CHIEF
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW**, Dana Rodriguez, Supervisory U.S. Probation Officer of this Honorable Court, and respectfully informs and prays as follows:

On November 3, 2016, Docket No. 277, a motion was filed notifying the Court of Mr. Jones-Theophilious' violations to his conditions of supervision.

In addition to the violations notified in the previous motion, Mr. Jones-Theophilious has violated the following condition:

**MANDATORY AND STATUTORY CONDITION: "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME".**

On November 7, 2016, Mr. Jones-Theophilious was charged by local authorities for violation to the Sex Offender Registration Law 266, Article 10- Responsibilities of the Person subject to the Register, complaint No. 2016-1-282-12302. Probable cause was found by Magistrate Hon. Maria De Lourdes Camareno-Davila from the San Juan Superior Court. An Arrest warrant was order with a $100,000 bond. The defendant is still at large.

**WHEREFORE**, I declare under penalty of perjury that the forgoing is true and correct. It is respectfully requested that the contents of this motion be made part of the original motion filed on March 26, 2015, docket 249.

In San Juan, Puerto Rico, this 8th day of December 2016.

Respectfully submitted,
 EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Dana Rodriguez
Dana Rodriguez, Supervisory
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-5596
787-281-1555
dana_rodriguez@prp.uscourts.gov

### CERTIFICATE OF SERVICE

I HEREBY certify that on December 8, 2016, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties in this case.

In San Juan, Puerto Rico, this 8th day of December 2016.

s/Dana Rodriguez
Dana Rodriguez, Supervisory
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-5596
787-281-1555
dana_rodriguez@prp.uscourts.gov